IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHLEEN MARIE HAAS,<br><br>Defendant. | CR 21–12–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Motion to Dismiss the Indictment with Prejudice and Quash the Arrest Warrant. (Doc. 13.) The United States represents that Ms. Haas is deceased. (*Id.*) Consequently, it moves for an order quashing her outstanding arrest warrant and dismissing the charges asserted against her with prejudice. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 13) is GRANTED.

IT IS FURTHER ORDERED that the Indictment (Doc. 1) is DISMISSED WITH PREJUDICE, to the extent it asserts charges against Ms. Haas.

IT IS FURTHER ORDERED that the outstanding arrest warrant as to Ms. Haas (Doc. 12) is QUASHED.

DATED this 30th day of April, 2021.

Dana L. Christensen, District Judge
United States District Court

1